IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.　　　　　　　　　　　　　　　　CASE NO. 1:10cr7 SPM

LUIS FERRO-LORENZO

Defendant
_____/

## ORDER APPOINTING CJA PANEL ATTORNEY

The above named defendant who appeared before this Court, having been examined by the undersigned and the Court having determined from the sworn testimony of the defendant that said defendant is qualified for appointment of counsel pursuant to the provisions of the Criminal Justice Act, it is

ORDERED:

**DANIEL FRANCIS DALY, 20 W. University Ave. #204, Gainesville, FL 32601, 352-505-0445**, is appointed to represent this defendant and serve as counsel of record in the above-styled proceedings, nunc pro tunc January 19, 2010.

DONE AND ORDERED this 16TH day of February, 2010.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　MAURICE M. PAUL, SENIOR
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Rec'd 0216'10 USDcFln1PM0407