# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**UNITED STATES OF AMERICA**

vs.                      CASE NO. 1:10-cr-7-SPM/GRJ-1

**LUIS FERRO-LORENZO and**
**VICTOR RODRIGUEZ-PAZ,**

     **Defendants.**

_____/

## ORDER ADOPTING REPORTS AND RECOMMENDATIONS

Pursuant to the Reports and Recommendations (docs. 102, 103) of the United States Magistrate Judge, to which there have been no timely objections, the pleas of guilty of the Defendants, **LUIS FERRO-LORENZO and VICTOR RODRIGUEZ-PAZ**, to Count One of the Indictment are hereby **ACCEPTED.** All parties shall appear before this Court for sentencing as directed.

**DONE AND ORDERED** this <u>ninth</u> day of November, 2010.

                             *s/ Stephan P. Mickle*
                             Stephan P. Mickle
                             Chief United States District Judge